# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number:8:08-CR-328-T-33TBM |
| JAMES L. RICHARDSON | USM Number: 08922-033 |
| _____ / | |

<u>Maria Guzman, AFPD</u>
Defendant's Attorney

**THE DEFENDANT:**

___X___ admitted guilt to violation of Conditions One, Two, Three, Four & Five of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports in violation of Condition Number Two of the Standard Conditions of Supervision. | September 5, 2008 |
| 2 | Failure to notify ten days prior to any change in Residence in violation of Condition Number 6 of The Standard Conditions of Supervision | July 29, 2008 |
| 3 | Positive Urinalysis for Marijuana on March 12, 2008, in violation of Condition Number Seven of the Standard Conditions of Supervision. | March 14, 2008 |
| 4 | Admitted Use of Marijuana on April 15, 2008, in violation of Condition Number 7 of the Standard Conditions of Supervision. | April 15, 2008 |
| 5 | Failure to follow the instructions of the probation officer in violation of the Standard Conditions of Supervision. | July 28, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: July 16th, 2009

_____

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Date _____ July 16, 2008 _____

DEFENDANT: JAMES L. RICHARDSON      Judgment - Page   2   of   2

CASE NUMBER: 8:08-CR-328-T-33TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *SIXTY (60) MONTHS . NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

    X     The Court makes the following recommendations to the Bureau of Prisons:

        Defendant serve term of imprisonment at FCI Coleman.

    X     The defendant is remanded to the custody of the United States Marshal.

      The defendant shall surrender to the United States Marshal for this district:

      at          a.m.     p.m.    on             .

      as notified by the United States Marshal.

      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      before 2 p.m. on            .

      as notified by the United States Marshal.

      as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on          to             at

            with a certified copy of this judgment.

                         UNITED STATES MARSHAL

           By                           
               DEPUTY UNITED STATES MARSHAL