# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES L. RICHARDSON<br>_____/ | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 8:08-CR-328-T-33TBM<br>USM Number: 08922-033<br><br>_____Maria Guzman, AFPD_____<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of Conditions One, Two, Three, Four & Five of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports in violation of Condition Number Two of the Standard Conditions of Supervision. | September 5, 2008 |
| 2 | Failure to notify ten days prior to any change in Residence in violation of Condition Number 6 of The Standard Conditions of Supervision | July 29, 2008 |
| 3 | Positive Urinalysis for Marijuana on March 12, 2008, in violation of Condition Number Seven of the Standard Conditions of Supervision. | March 14, 2008 |
| 4 | Admitted Use of Marijuana on April 15, 2008, in violation of Condition Number 7 of the Standard Conditions of Supervision. | April 15, 2008 |
| 5 | Failure to follow the instructions of the probation officer in violation of the Standard Conditions of Supervision. | July 28, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1a

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 7, 2010

*(signed)* 
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Date ___ January 7, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *THIRTY-SIX (36) MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

   __X__ The Court makes the following recommendations to the Bureau of Prisons:

      1. Defendant serve term of imprisonment at FCI Coleman.
      2. Defendant receive credit for time served.

   __X__ The defendant is remanded to the custody of the United States Marshal.

   ____ The defendant shall surrender to the United States Marshal for this district:

      ____ at _____ a.m. p.m. on _____.

      ____ as notified by the United States Marshal.

   ____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ____ before 2 p.m. on _____.

      ____ as notified by the United States Marshal.

      ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL